# Exhibit A

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY**

FILED

OCT 10 2025

Clerk of the Circuit Court
Montgomery County, Md.

Plaintif (Name): Maude Valembrun

Address: 12710 Rigdale Terrace, Silver Spring, MD 20904

C-15-CV-25-005421

V.S: Navy Federal Credit Union (NFCU); 14700 Baltimore Ave, Laurel, MD 20707

V.S: Wells Fargo Bank; 2800 University Blvd West, Wheaton, MD 20902

complaint for fraud and Negligence

**Wire Transfer from Wells Fargo Bank to Navy Federal Credit Union Bank**

On Tuesday, March 11, 2025, I went to Wells Fargo to do a wire transfer from my saving account to my checking account at the Navy Federal Credit Union. The person assisting me at that time asked for account number and I dictated to him the Wells Fargo Saving Account number, He asked me a second time for the account number, and I repeated the Wells Fargo account number. Apparently, he entered the same account number twice for both Wells Fargo and Navy Federal Credit Union. As a professional and the one behind the computer and skills to do this job He did not pay attention to notice that he entered the same account number twice and I also did not realize it until 2 days later when the money did not reach my account.

On Thursday, March 13, 2025 (2 days later), I went back to Wells Fargo and saw the same Representative again, I explained that there was an error on the form and that the account number for Navy Federal is missing and the Wells Fargo account is repeating for both banks. He immediately made the correction on the Wire Transfer form and resubmitted it, he also tried to do a recall of the transaction, but the money had already been to somebody else' s account.

I have been in touch with both Wells Fargo and Navy Federal since March 13 by phone and in person every week, Wells Fargo did their best to help but Navy Federal kept on saying we deposited the money into the account with no further information.

Although the wire transfer contains the same account number for both Banks, the routine number for both was correct and I knew for sure that the money was with Navy Federal Credit Union and they did not do enough to avoid complication.

Many months have passed and every day I look forward to hearing from one of the Banks for answers but nothing. I have reached a point where I could not sleep, I have anxiety, blood pressure is rising up and down and I feel like I am on the edge of depression.

On Friday, September 26, I went back to Navy Federal Credit Union with determination to find an answer and I was told that the account number provided matched the account number of a customer at Navy Federal Credit Union, the funds were deposited to that account, and they couldn't locate the customer.

I went to the police station immediately to report the issue, but the policeman that I talked to said they can't get involved in this but suggested that I

We need to place a restraining order against Navy Federal Credit Union for mishandling the case from the beginning and forcing them to release information on the person who took off with the funds to return the money. I can't afford to lose all that I have.

Signature

Name: Maude Valembrun
Address: 12710 Rigdale Terrace, Silver Spring, MD 20904
Phone: 301-326-0412
Email: mvalembrun86@gmail.com

IN THE CIRCUIT COURT FOR Rockville, Maryland
City/County

# CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS**

***Plaintiff:*** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a). ***Defendant:*** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☑ PLAINTIFF ☐ DEFENDANT CASE NUMBER ______ (Clerk to insert)

**CASE NAME:** Wire Transfer (Plaintiff) vs. Navy Federal / Wells Fargo (Defendant)

PARTY'S NAME: MAUDE VALEMBRUN PHONE: 301-326-6537

PARTY'S ADDRESS: 12710 Rigdale Ter, Silver Spring, MD 20904

PARTY'S E-MAIL: mvalembrun86@Gmail.Com

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: ______ PHONE: ______

PARTY'S ATTORNEY'S ADDRESS: ______

PARTY'S ATTORNEY'S E-MAIL: ______

**JURY DEMAND?** ☐ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☐ No If yes, Case #(s), if known: ______

**ANTICIPATED LENGTH OF TRIAL?:** ______ hours ______ days

**PLEADING TYPE**

**New Case:** ☑ Original ☐ Administrative Appeal ☐ Appeal

**Existing Case:** ☐ Post-Judgment ☐ Amendment

***If filing in an existing case,*** skip Case Category/Subcategory section – go to Relief section.

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)**

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☑ Fraud
☐ Lead Paint – DOB of Youngest Plt: ______
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☑ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property/ Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

**IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)**

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

**MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)**

☐ Under $10,000 ☐ $10,000 - $30,000 ☐ $30,000 - $100,000 ☐ Over $100,000

☐ Medical Bills $________ ☐ Wage Loss $________ ☐ Property Damages $________

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation ☐ Yes ☐ No
B. Arbitration ☐ Yes ☐ No
C. Settlement Conference ☐ Yes ☐ No
D. Neutral Evaluation ☐ Yes ☐ No

**SPECIAL REQUIREMENTS**

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

**ESTIMATED LENGTH OF TRIAL**

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less
☑ 1 day of trial time
☐ 2 days of trial time
☐ 3 days of trial time
☐ More than 3 days of trial time

**BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM**

***For all jurisdictions,** if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of Defendant's response

☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❒ **Expedited** - Trial within 7 months of Defendant's response

❒ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❒ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❒ Civil-Short | Trial 210 days from first answer. |
| ❒ Civil-Standard | Trial 360 days from first answer. |
| ❒ Custom | Scheduling order entered by individual judge. |
| ❒ Asbestos | Special scheduling order. |
| ❒ Lead Paint | Fill in: Birth Date of youngest plaintiff ________________. |
| ❒ Tax Sale Foreclosures | Special scheduling order. |
| ❒ Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ❒ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❒ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❒ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❒ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

october 10, 2025
Date

[signature]
Signature of Attorney/Party — Attorney Number

12710 Rigdale Terrace
Street Address

MAUDE VALEMBRUN
Printed Name

Silver Spring — MD — 20904
City — State — Zip Code

mvalembrun86@Gmail.com
E-mail