# Exhibit B

Maryland Judiciary Case Search & Record Portal

Sign In / Register

NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing - Attorneys | Maryland Courts

Case event comments restored to legacy case search configuration.

# Case Detail

## Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Montgomery County - Civil** |
| Location: | **Montgomery Circuit Court** |
| Case Number: | **C-15-CV-25-005621** |
| Case Title: | **Maude Valembrun vs. Navy Federal Credit Union, et al.** |
| Case Type: | **Tort - Other** |
| Filing Date: | **10/10/2025** |
| Case Status: | **Open** |

## Causes Information

| | |
|---|---|
| Filed Date: | **03/03/2026** |
| Cause Description: | **First Amended Complaint** |

| | |
|---|---|
| Filed Date: | **03/03/2026** |

| | |
|---|---|
| Filed Date: | **10/10/2025** |
| Cause Description: | **Removed per Amended Complaint 3/03/26** |

## Involved Parties Information

### Defendant Information

| | |
|---|---|
| Name: | **Doe, John** |
| Address: | **NFCU Beneficiary Client** |
| Address Line 2: | **(Unknown Address)** |

Defendant Information

Name: **Wells Fargo Bank**
Address: **Attn: President, Secretary or Treasure**
Address Line 2: **101 N. Phillips Ave.**
City: **SIOUX FALLS** State: **SD** ZIP Code: **57104**

Attorney(s) for the Defendant

Name: **SADLER, JOHN DARREN**
Appearance Date: **12/26/2025**
Address Line 1: **1909 K STREET NW**
Address Line 2: **12TH FLOOR**
City: **WASHINGTON** State: **DC** ZIP Code: **20006-1157**

Name: **SADLER, JESSICA HEPBURN**
Appearance Date: **12/26/2025**
Address Line 1: **Ballard Spahr LLP**
Address Line 2: **1909 K Street, NW**
Address Line 3: **12th Floor**
City: **WASHINGTON** State: **DC** ZIP Code: **20006**

Name: **Lamb, Matthew David**
Appearance Date: **12/26/2025**
Address Line 1: **Ballard Spahr LLP**
Address Line 2: **1909 K Street NW**
City: **WASHINGTON** State: **DC** ZIP Code: **20006**

Defendant Information

Name: **Navy Federal Credit Union**
Address: **820 Follin Lane**
City: **VIENNA** State: **VA** ZIP Code: **22180**

Attorney(s) for the Defendant

Name: **FOGLEMAN, MATTHEW WARREN**
Appearance Date: **11/13/2025**
Address Line 1: **The Law Offices of Ronald S. Canter, LLC**
Address Line 2: **2200 Research Boulevard**
Address Line 3: **Suite 560**

City: **ROCKVILLE** State: **MD** ZIP Code: **20850**

Plaintiff

Name: **Valembrun, Maude**
Address: **12710 Rigdale Terrace**
City: **SILVER SPRING** State: **MD** ZIP Code: **20904**

Attorney(s) for the Plaintiff

Name: **BARTLEY, SHAWN DANA**
Appearance Date: **02/18/2026**
Address Line 1: **Shawn D. Bartley & Associates, LLC**
Address Line 2: **8630 Fenton Street**
Address Line 3: **Suite 917**
City: **SILVER SPRING** State: **MD** ZIP Code: **20910**

Name: **CHUNG, HOWARD H**
Appearance Date: **02/18/2026**

Plaintiff

Name: **Shawn D. Bartley and Associates, LLC**
Removal Date: **03/03/2026**
Address: **8630 Fenton St.**
**Suite 917**
City: **Silver Spring** State: **MD** ZIP Code: **20910**

Attorney(s) for the Plaintiff

Name: **BARTLEY, SHAWN DANA**
Appearance Date: **02/18/2026**
Removal Date: **03/03/2026**
Address Line 1: **Shawn D. Bartley & Associates, LLC**
Address Line 2: **8630 Fenton Street**
Address Line 3: **Suite 917**
City: **SILVER SPRING** State: **MD** ZIP Code: **20910**

Name: **CHUNG, HOWARD H**
Appearance Date: **02/18/2026**

Removal Date: **03/03/2026**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location |
|---|---|---|---|---|
| Hearing - Pretrial/Status | 07/24/2026 | 10:30 AM | Smith, Karla N. | Civil |

## Docket Entries

File Date: **10/10/2025**
Docket Entry Name: **Information Sheet Filed**

File Date: **10/10/2025**
Docket Entry Name: **Complaint / Petition**

File Date: **10/10/2025**
Docket Entry Name: **Summons Issued (Service Event) - New Case**

File Date: **10/10/2025**
Docket Entry Name: **Scheduling Order**
Comment: **track 2**

File Date: **10/27/2025**
Docket Entry Name: **Return of Service - 30 Day Summons Served**
Comment: **- VIA CERTIFIED MAILING**

File Date: **10/27/2025**
Docket Entry Name: **Return of Service - 30 Day Summons Served**
Comment: **- VIA CERTIFIED MAILING**

File Date: **11/13/2025**
Docket Entry Name: **Attorney Appearance - No Fee**

File Date: **11/24/2025**

Docket Entry Name: **Motion / Request - To Dismiss**

Comment: **for Insufficient Process and/or for Failure to State a Claim Upon Which Relief Can Be Granted and Request for Hearing**

File Date: **11/24/2025**

Docket Entry Name: **Memorandum**

Comment: **in Support of Motion to Dismiss for Insufficient Process and/or for Failure to State a Claim Upon Which Relief Can Be Granted**

File Date: **11/24/2025**

Docket Entry Name: **Supporting Exhibit**

Comment: **1 - Motion/Request - To Dismiss for Insufficient Process and/or for Failure to State a Claim**

File Date: **11/24/2025**

Docket Entry Name: **Supporting Exhibit**

Comment: **A - Motion/Request - To Dismiss for Insufficient Process and/or for Failure to State a Claim**

File Date: **12/22/2025**

Docket Entry Name: **Attorney Appearance - No Fee**

File Date: **01/06/2026**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **01/06/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **A- Motion/Request - To Dismiss**

File Date: **01/06/2026**

Docket Entry Name: **Supporting Exhibit**

Comment: **A- 1 - Motion/Request - To Dismiss**

File Date: **02/18/2026**

Docket Entry Name: **Attorney Appearance - No Fee**

File Date: **03/03/2026**
Docket Entry Name: **Request to Re-Issue**
Comment: **Summons**

File Date: **03/03/2026**
Docket Entry Name: **Complaint - Amended**
Comment: **First - and Request for Jury Trial**

File Date: **03/03/2026**
Docket Entry Name: **Case Information Report Filed**

File Date: **03/04/2026**
Docket Entry Name: **Order - Dismissal**

File Date: **03/04/2026**
Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **Order**

File Date: **03/06/2026**
Docket Entry Name: **Summons Issued (Service Event)**
Comment: **and E-Serviced to Plaintiff's Attorney Shawn D. Bartley**

File Date: **03/06/2026**
Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**
Comment: **SUMMONS**

File Date: **03/13/2026**
Docket Entry Name: **Return of Service - 30 Day Summons Served**

File Date: **03/13/2026**
Docket Entry Name: **Return of Service - 30 Day Summons Served**

File Date: **03/16/2026**
Docket Entry Name: **Line**
Comment: **Updating Status**

File Date: **03/27/2026**

Docket Entry Name: **Return of Service - 60 Day Summons Served**

Comment: **w/s/o Kinjal Macwan**

## Service Information

| Service Type | Issue Date |
|---|---|
| Summons Issued | 10/10/2025 |
| Summons Issued | 03/06/2026 |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.