# Exhibit C

FILED

OCT 27 2025

Clerk of the Circuit Court
Montgomery County, Md.

MARYLAND JUDICIARY

CIRCUIT COURT FOR Rockville MG CO (City/County), MARYLAND

Located at 50 Maryland Ave (Court Address) Case No. C-15-CV-25-005621

MAUDE VALEMBAUN (Plaintiff) vs. Wells Fargo Bank (Defendant)

12710 Rigdale Terrace (Address) — 2800 University Blvd West (Address)

Silver Spring, MD 20904 (City, State, Zip) 301-3266537 (Telephone) — Silver Spring 20902 (City, State, Zip) 301-650-1040 (Telephone)

## AFFIDAVIT OF SERVICE
### (Certified Mail Restricted Delivery – Receipt Requested)
### (Md. Rule 2-121)

NOTE: This form provides proof to the court that copies of documents filed in the above case by one party have been delivered to the other party. Complete this form if you mailed one party's court documents to the other party. Complete ALL blanks and attach the original return receipt (green card). The court may determine that proper service was NOT made if someone other than the opposing party signs the original receipt.

On Monday, Oct 27 (Date), at 2800 University Blvd West Silver Spring, MD 20902 (Address), I served, by certified mail, restricted delivery, return receipt requested, Wells Fargo Bank (Name of opposing party).

I have attached the original return receipt.

I certify that I am over the age of 18 and I am NOT the plaintiff or the defendant. I served the documents checked below.

Check all that apply:

- ☑ Writ of Summons October 10, 2025 (Issue date of the summons for the complaint/petition/motion listed below)
- ☐ Complaint/Petition/Motion ______ (Name of complaint/petition/motion)
- ☐ Domestic Case Information Report (form CC-DCM-001)
- ☐ Financial Statement
- ☐ Show Cause Order and Petition ______ (Type of petition)
- ☐ Other (list all other documents served): ______

## AFFIDAVIT

I solemnly affirm under penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

10/27/25 (Date) — [signature] (Signature)

Rudy Dondon Ko (Printed Name) — 240 8995574 (Telephone Number)

815 Pershing Dr Apt 307 (Address) — ______ (Fax)

Silver Spring, MD 20910 (City, State, Zip) — rdondon.rd@gmail.com (E-mail)

9589 0710 5270 1672 6886 54

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Silver Spring, MD 20902

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage
$

Total Postage and Fees
$

Postmark Here

OCT 27 2025

0904 07

20904

10/27/2025

Sent To
Wells Fargo Bank

Street and Apt. No., or PO Box No.
2800 University Blvd West

City, State, ZIP+4®
Silver Spring, MD. 20902

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

UNITED STATES POSTAL SERVICE.

COLESVILLE
13217 NEW HAMPSHIRE AVE
SILVER SPRING, MD 20904-9997
www.usps.com

10/27/2025 11:15 AM

---

TRACKING NUMBERS
9589 0710 5270 1672 6886 54

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.17 |
| Silver Spring, MD 20902<br>Weight: 0 lb 2.50 oz<br>Estimated Delivery Date<br>Wed 10/29/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #:<br>9589 0710 5270 1672 6886 54 | | | |
| Total | | | $7.47 |

---

Grand Total: $7.47

---

Credit Card Remit $7.47
Card Name: VISA
Account #: XXXXXXXXXXXX6787
Approval #: 678310
Transaction #: 757
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Not Required

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guarenteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS