# Exhibit D

FILED

OCT 27 2025

Clerk of the Circuit Court
Montgomery County, Md.

MARYLAND JUDICIARY

CIRCUIT COURT FOR Rockville MGCo (City/County), MARYLAND

Located at 50 Maryland Ave (Court Address) Case No. C-15-CV-25-005621

MAUDE VALEMBRUN (Plaintiff) vs. Navy Federal Credit Union (Defendant)

12710 Rigdale Terrace (Address) | 14700 Baltimore Ave (Address)

Silver Spring, MD (City, State, Zip) 301326-6537 (Telephone) | Laurel, MD 20707 (City, State, Zip) 1-888-842-6328 (Telephone)

## AFFIDAVIT OF SERVICE
### (Certified Mail Restricted Delivery – Receipt Requested)
### (Md. Rule 2-121)

NOTE: This form provides proof to the court that copies of documents filed in the above case by one party have been delivered to the other party. Complete this form if you mailed one party's court documents to the other party. Complete ALL blanks and attach the original return receipt (green card). The court may determine that proper service was NOT made if someone other than the opposing party signs the original receipt.

On Monday, Oct 27 (Date), at 14700 Baltimore Ave Laurel MD, 20707 (Address), I served, by certified mail, restricted delivery, return receipt requested, Navy Federal Credit Union (Name of opposing party).

I have attached the original return receipt.

I certify that I am over the age of 18 and I am NOT the plaintiff or the defendant. I served the documents checked below.

Check all that apply:

- ☑ Writ of Summons October 10, 2025 (Issue date of the summons for the complaint/petition/motion listed below)
- ☐ Complaint/Petition/Motion ______ (Name of complaint/petition/motion)
- ☐ Domestic Case Information Report (form CC-DCM-001)
- ☐ Financial Statement
- ☐ Show Cause Order and Petition ______ (Type of petition)
- ☐ Other (list all other documents served): ______

## AFFIDAVIT

I solemnly affirm under penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

| | |
|---|---|
| 10/27/2025 (Date) | [signature] (Signature) |
| RUDY DONDON KO (Printed Name) | 2408995574 (Telephone Number) |
| 815 PERSHING DR APT 307 (Address) | (Fax) |
| SILVER SPRING, MD 20910 (City, State, Zip) | rdondon.rd@gmail.com (E-mail) |

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $
Total Postage and Fees $

Sent To: Navy Federal Credit Union
Street and Apt. No., or PO Box No.: 14200 Baltimore Ave
City, State, ZIP+4®: Laurel MD 20707

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1672 6886 61

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, January 2023 *(Reverse)* PSN 7530-02-000-9047

POSTAL SERVICE
COLESVILLE
13217 NEW HAMPSHIRE AVE
SILVER SPRING, MD 20904-9997
www.usps.com

10/27/2025 11:17 AM

TRACKING NUMBERS
9589 0710 5270 1672 6886 61

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.17 |
| Large Envelope | | | |
| Laurel, MD 20707 | | | |
| Weight: 0 lb 2.50 oz | | | |
| Estimated Delivery Date | | | |
| Wed 10/29/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 1672 6886 61 | | | |
| Total | | | $7.47 |

Grand Total: $7.47

Credit Card Remit $7.47
Card Name: VISA
Account #: XXXXXXXXXXXX6787
Approval #: 678361
Transaction #: 758
AID: A0000000980840 Chip
AL: US DEBIT
PIN: Not Required

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information