# Exhibit E

E-FILED; Montgomery Circuit Court
Docket: 3/4/2026 2:36 PM; Submission: 3/4/2026 2:36 PM
Envelope: 25390490

**CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**
50 Maryland Avenue, Rockville, Maryland, 20850
Main: 240-777-9400

**Case Number:** **C-15-CV-25-005621**
**Other Reference Numbers:**

**MAUDE VALEMBRUN, ET AL. VS. NAVY FEDERAL CREDIT UNION, ET AL.**

## ORDER

Upon Consideration of the motions to dismiss, and Defendant's request to waive a hearing, it is on 03/04/2026 by the Circuit Court for Montgomery County, Maryland,

**ORDERED** that Defendant Navy Federal Credit Union's Motion to Dismiss filed November 24, 2025 is hereby **GRANTED** with leave to amend complaint no later than March 16, 2026; and it is further

**ORDERED** that Defendant Wells Fargo's Motion to Dismiss filed January 6, 2026 is hereby **GRANTED** with leave to amend complaint no later than March 16, 2026.

03/04/2026 11:13:41 AM

03/04/2026 — Date

Bibi M. Berry — Judge

Entered: Clerk, Circuit Court for Montgomery County, MD
March 4, 2026