# Exhibit H

# AFFIDAVIT OF SERVICE

| **Case:** C-15-CV-25-005621 | **Court:** Circuit Court for Montgomery County | **County:** Montgomery, MD | **Job:** 15411837 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Maude Valembrun | | **Defendant / Respondent:** Navy Federal Credit Union, Et Al. | |
| **Received by:** Griffin On the Go, LLC | | **For:** Shawn D. Bartley and Associates, LLC | |
| **To be served upon:** **Navy Federal Credit Union c/o Registered Agent CSC - Lawyers Incorporating Service Company** | | | |

I, Scott Borowski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** **Navy Federal Credit Union c/o Registered Agent: CSC - Lawyers Incorporating Service Company**: 7 Saint Paul Street Suite 820, Baltimore, MD 21202

**Manner of Service:** Registered Agent, Mar 12, 2026, 12:28 pm EDT

**Documents:** Writ of Summons (issue date 3-6-26), Civil Non-Domestic Case Information Report, First Amended Complaint and Demand for Jury Trial (Received Mar 11, 2026 at 3:24pm EDT)

**Additional Comments:**
1) **Successful Serve**: Mar 12, 2026, 12:28 pm EDT at Registered Agent CSC - Lawyers Incorporating Service Company: 7 Saint Paul Street Suite 820, Baltimore, MD 21202 received by a CSC - Litigation Management Intake specialist. The Intake Specialists for CSC do not give their names. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'5"; Hair: Red; Other: glasses; Handed documents to the Intake Specialist without issue.

03/12/2026

Scott Borowski **Date**

Griffin On the Go, LLC
168 W. Main Street #79
New Market, MD 21774
service@griffinonthego.com
301-529-1748