**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| MAUDE VALEMBRUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No  8:26-cv-01309-DLB |
| | ) | |
| WELLS FARGO BANK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### DEFENDANT WELLS FARGO'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 103.3, defendant Wells Fargo Bank, National Association provides the following corporate disclosure statement. Wells Fargo Bank, National Association is wholly owned by Wells Fargo & Company, a publicly traded company. To the undersigned's knowledge, no publicly held corporation owns 10% or more of Wells Fargo & Company's stock and no other entity has a financial interest in the outcome of this case. For purposes of diversity jurisdiction, no individual's or entity's citizenship is attributed to Wells Fargo Bank, National Association.

Respectfully submitted,

April 2, 2026.

 */s/ John D. Sadler*
John D. Sadler (Bar No. 16421)
Matthew D. Lamb (Bar No. 20203)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
lambm@ballardspahr.com

*Counsel for Defendant Wells Fargo Bank,
National Association*

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2026, I caused a true and correct copy of **Defendant Wells Fargo's Corporate Disclosure Statement** to be served to the following via first class mail and e-mail:

Shawn D. Bartley
Howard H. Chung
SHAWN D. BARTLEY AND ASSOCIATES, LLC
8630 Fenton Street, Suite 917
Silver Spring, Maryland 20910
shawn@bartley-law.com
howard@bartley-law.com
*Counsel for Plaintiff*

Matthew W. Fogleman
THE LAW OFFICES OF RONALD S. CANTER, LLC
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
mfogleman@roncanterllc.com
*Counsel for Defendant Navy Federal Credit Union*

*/s/ John D. Sadler*
John D. Sadler

2