**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| MAUDE VALEMBRUN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, *et al*.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 8:26-cv-01309-DLB |

* * * * * * * * * * * * *

**DEFENDANT WELLS FARGO'S MOTION TO**
**DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Wells Fargo Bank, National Association ("Wells Fargo") moves to dismiss the First Amended Complaint and Demand for Jury Trial (ECF No. 6) for failure to state a claim against Wells Fargo. A memorandum of law and proposed order are submitted herewith.

Respectfully submitted,

April 9, 2026.

*/s/ Matthew D. Lamb*

John D. Sadler (Bar No. 16421)
Matthew D. Lamb (Bar No. 20203)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
lambm@ballardspahr.com

*Counsel for Defendant Wells Fargo Bank, National Association*

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2026, a true and correct copy of **Defendant Wells Fargo's Motion to Dismiss the First Amended Complaint** will be served to the following via first class mail and e-mail:

Shawn D. Bartley
Howard H. Chung
SHAWN D. BARTLEY AND ASSOCIATES, LLC
8630 Fenton Street, Suite 917
Silver Spring, Maryland 20910
shawn@bartley-law.com
howard@bartley-law.com
*Counsel for Plaintiff*

Matthew W. Fogleman
THE LAW OFFICES OF RONALD S. CANTER, LLC
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
mfogleman@roncanterllc.com
*Counsel for Defendant Navy Federal Credit Union*

*/s/ Matthew D. Lamb*
MATTHEW D. LAMB