# EXHIBIT A

# Wire Transfer Services

Outgoing Wire Transfer Request

WELLS FARGO

## Help Protect Your Money and Avoid Wire Transfer Scams

Wire scammers will often contact you unexpectedly or play with your emotions. Because wire transfers are like sending cash, if you're scammed, it's unlikely you'll get your money back. It's your money. You have the right to verify any request for your money. If you feel you are being scammed, speak with your banker right away to discuss your options.

**Ask yourself these questions before sending the wire.**

1. Did someone claiming to be a Wells Fargo employee, IRS or law enforcement agent, Amazon, or a tech support service such as Geek Squad, Norton, or Microsoft ask you to send this wire transfer?
   - **Stop. Contact the company directly by using a previously known or independently obtained contact method, such as the number on the company website. If you are on the phone with someone who contacted you claiming to be a Wells Fargo employee, hang up now.**
   - **Legitimate businesses won't pressure you to act immediately or tell you to keep the true purpose of the wire a secret.**
   - **If there is an error, have the company send you a bill. Wells Fargo or another bank will never ask you to wire money to correct an issue or "stop fraud."**
2. Are you wiring money for a cryptocurrency, gold investment, a business opportunity, or to pay a fee to receive an inheritance or lottery/prize winnings?
   - **Slow down and verify the details. It is likely a scam if you were promised a significant return.**
   - **Fees and taxes are not typically paid upfront via a wire for an inheritance or lottery winnings.**
   - **Do your research and get a second opinion from a professional.**
3. Is this wire to assist a loved one in an emergency?
   - **Stop. Scammers can use computers to sound like someone you know.**
   - **Contact your loved one on a known phone number before you send money and ask them something only they would know to be sure it's really them.**
4. Is this wire transfer to buy or rent a home or other goods found on an online marketplace?
   - **Slow down and verify the details. If you send money with a wire, it's unlikely you'll get it back.**
   - **Scam real estate listings may ask you to wire money to "hold" a property or mention a "refund guarantee."**
   - **Be in possession of goods or pets prior to or at the time of payment.**
5. Are you sending a wire transfer to another country?
   - **Be cautious. Wire transfers to banks in other countries are not necessarily a sign of fraud.**
   - **However, you should be careful to verify the legitimacy of the request before sending money out of the country.**

Visit wellsfargo.com/security for more information on how to protect yourself and your money.

2W02-001763759103-01

# Wire Transfer Services

## Outgoing Wire Transfer Request

WELLS FARGO

| | |
|---|---|
| Today's Date: 03/11/2025 | Wells Fargo Reference Number: FW0067081070235772 |
| Banker Name: PHILLIPS, JAMES | Officer/Portfolio Number: |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: | Branch AU: |
|---|---|---|---|---|
| 301-650-1040 | 08341 | 0067081 | R1038-010 | 0067081 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC") , Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

### Customer's Information

Customer Name: MAUDE VALEMBRUN

| Primary ID Type: | Primary ID Description: | |
|---|---|---|
| DLIC | [redacted]3104 | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: |
|---|---|---|
| MD | 03/07/2024 | 05/05/2032 |

| Secondary ID Type: | Secondary ID Description: | |
|---|---|---|
| TOKN | Token ID | |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | NONE | NONE |

Street Address: 12710 RIGDALE TER

Address Line 2:

Address Line 3:

| City: | State: |
|---|---|
| SILVER SPRING | MD |
| **ZIP/Postal Code:** | **Country:** |
| 20904-1524 | US |
| **Home Phone:** | **Business Phone:** |
| 301-326-6537 | 301-326-6537 |

### Wire Amount and Source of Funds

| Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|
| $62,439.08 | [redacted]7921 | 336 |

### Recipient Information (This is the ultimate recipient of the wire transfer funds)

Recipient Name: Maude Valembrun

Recipient Account Number/IBAN (Foreign)/CLABE (Mexico): [redacted]7921

Purpose of Funds:

Message to recipient bank:

Name/Address Line 1: 12710 Ragdale Ter

Name/Address Line 2:

Name/Address Line 3: Silver Spring, MD, 20904

Recipient Phone Number:

2W02-001763759103-02

## Recipient Bank (This is the financial institution where the recipient maintains their account.)

| ABA/RTN | SWIFT/BIC: | Recipient Bank Name: |
|---|---|---|
| [redacted]4974 | | NAVY FEDERAL CREDIT UNION |

| Recipient Bank Address: | City: | State: | Country: |
|---|---|---|---|
| 820 FOLLIN LANE SE | VIENNA | VA | US |

Additional Instructions:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Customer's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

Wells Fargo Wire Fee Amount:
40.00

## Customer Signature

I'm sure this isn't a scam, and I'd like to send my wire.

Customer Name:
MAUDE VALEMBRUN

Customer Signature



Date:
03/11/2025

## Agreement For Outgoing Wire Transfer Requests ("Wire Transfer Agreement")

**Responsibility of Wells Fargo.** The wire transfer described in the Outgoing Wire Transfer Request (Page 1) ("Order") may be sent by wire telegraph, telephone, cable or whatever other transmission method Wells Fargo considers to be reasonable. The wire transfer may be transmitted directly to the Beneficiary Bank (the financial institution designated in the Request as the Beneficiary Bank), or indirectly to the Beneficiary Bank through another bank, government agency, or other third party that Wells Fargo considers to be reasonable. Wells Fargo may utilize any funds transfer system or intermediary bank reasonably selected by Wells Fargo, even if its selection differs from instructions in the request.

**Agent.** Wells Fargo may use agents of its choice to perform any of its obligations.

**Limitation of Liability.** Wells Fargo will not be liable for any loss or damage due to the failure, delay, or error of: (1) the method of transmission selected by Wells Fargo, (2) a third party selected by Wells Fargo to receive the Order, or (3) the Beneficiary Bank. IN NO EVENT WILL WELLS FARGO BE LIABLE FOR DAMAGES ARISING DIRECTLY OR INDIRECTLY IF THE ORDER IS EXECUTED BY WELLS FARGO IN GOOD FAITH AND IN ACCORDANCE WITH THE TERMS OF THIS AGREEMENT. REGARDLESS OF THE FORM OR NATURE OF ANY CLAIM OR ACTION, IN NO EVENT WILL WELLS FARGO BE LIABLE FOR PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES, WHETHER OR NOT WELLS FARGO SHALL HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**Reliance on Information Provided.** You acknowledge that you are responsible for providing Wells Fargo with all information required by the Beneficiary's bank, including the reason for payment, if required. Sending wires without the required information can cause the wire to be delayed, returned, or assessed additional fees. If a wire transfer request describes the person to receive the wire transfer ("Beneficiary") inconsistently by name and account number, the wire transfer may be made on the basis of the account number even if the account number identifies a person different from the Beneficiary. If a wire transfer request describes a financial institution inconsistently by name and identification number, the identification number may be relied upon as the proper identification of the financial institution.

**Wells Fargo's Right of Cancellation**. Wells Fargo won't be liable if we don't follow your instructions if we reasonably believe that your instructions would expose Wells Fargo to potential loss or civil or criminal liability, or conflict with customary banking practices.

**International Wire Transfers.** A Payment Order expressed in U.S. Dollars will be sent in U.S. Dollars. Company may request that prior to executing a Payment Order, Wells Fargo convert the amount to be transferred from U.S. Dollars to the currency of a designated foreign government or intergovernmental organization ("Foreign Currency"). In addition to any applicable fees, we make money when we convert one currency to another currency for you. The exchange rate used when we convert one currency to another is set at our sole discretion, and it includes a markup. The markup is designed to compensate us for several considerations including, without limitation, costs incurred, market risks, and our desired return. The applicable exchange rate does not include, and is separate from, any applicable fees. The exchange rate we provide to you may be different from exchange rates you see elsewhere. Different customers may receive different rates for transactions that are the same or similar. The applicable exchange rate may vary based on such factors including, but not limited to, currency pair, transaction size, payment channel and product type, such as foreign currency cash, checks, remittances, and wire transfers. Foreign exchange markets are dynamic, and rates fluctuate over time based on market conditions, liquidity, and risks. We're your arms-length counterparty on foreign exchange transactions. We may refuse to process any request for a foreign exchange transaction. Wells Fargo reserves the right to refuse to process any request for a foreign exchange transaction. Wells Fargo will not be liable for any failure or delay by any financial institution or other third party in the designated foreign country in executing or failing to execute any Payment Order Wells Fargo transmits to a foreign country.

**Refund.** If the Beneficiary Bank does not pay the Beneficiary specified on the Order, a refund will be made only after Wells Fargo has received confirmation of the effective cancellation of the Order and Wells Fargo is in free possession of the funds debited or earmarked in connection with the Order. If your Order is returned to Wells Fargo, you may be credited back a lesser amount than the amount you were originally debited. Fee(s) may be charged by Wells Fargo or other financial institutions (for instance, by beneficiary and intermediary banks) when an Order is returned. As a result, the amount of your returned Order may be different than the amount you originally sent due to fees deducted. In addition, when a returned Order is converted back to U.S. dollars, the U.S. dollar amount credited back to you may be less than the original amount debited from your account due to fluctuation in the applicable exchange rate. You accept the risks of any change in the applicable exchange rate. If the transaction is in Foreign Currency, Wells Fargo will not be liable to you for a sum in excess of the value of the Order after it has been converted back to U.S. Dollars at the exchange rate applied by Wells Fargo at the time the cancellation of the Order is confirmed by Wells Fargo.

**Failure to Transfer Proper Amount.** If Wells Fargo is notified that it did not transfer the full amount stated in the Request, Wells Fargo's sole liability will be to promptly execute a second Payment Order in the amount of the stated deficiency. If Wells Fargo executes an instruction in excess of the amount stated in the Request, to the extent that the originator does not receive the benefit of the Order, Wells Fargo will only be liable for any loss of the principal amount transferred in excess of the amount stated in the Request instructions. Additionally, Wells Fargo will be liable for the amount of interest the originator has lost due to the transfer of the excess amount, computed at the then current Federal Funds rate. However, Wells Fargo's liability for loss of interest shall be limited to twenty (20) calendar day's interest. This section sets forth Wells Fargo's complete liability for the order issued under this agreement.

**Finality of orders.** The order will be final and will not be subject to stop payment or recall, except that Wells Fargo may, at the originator's request, make an effort to effect such stop payment or recall. In such case, Wells Fargo will incur no liability for its failure or inability to do so.

**Fees.** In addition to the outgoing wire transfer fee, additional fees may apply. Additional fees can include, but are not limited to: an additional fee for bank initiated transactions, amendment fees, statement fees, fees assessed by beneficiary and intermediary banks, etc. On international outgoing wires, if a SWIFT BIC, IRC, IBAN, or CLABE number is not provided the foreign banks may return the wire or assess a surcharge. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments.

**Acts of God.** Wells Fargo is excused for delays or failure to execute the Order to the extent that the delay or failure results from a cause beyond the reasonable control of Wells Fargo.

## Wire Transfer Information

**General Information: You can NOT have a bank as the final beneficiary,** unless the wire is a payment to Wells Fargo (i.e.: mortgage, auto loan, etc,). We are required to know who the money is going to, to ensure the funds are not being used to support terrorist or drug activity. We need an account number for the beneficiary OR a complete physical address. No PO Boxes may be used when no account number is provided for the Beneficiary.

**International Wires:** Wires going to foreign countries require different numbers depending on the receiving foreign country. All wire transfer payments destined for Europe should include the SWIFT Bank Identifier Code (SWIFT BIC), International Routing Code (IRC) as applicable, and for participating countries the beneficiary's International Bank Account Number (IBAN). Mexican banks may require a CLABE number in addition to the SWIFT BIC.

1. **SWIFT** Bank Identifier Code (SWIFT BIC). The 8 or 11 character SWIFT BIC is a unique series of alpha numeric characters that help to identify a specific financial institution. The SWIFT BIC should be obtained from the beneficiary. To ensure timely delivery please be sure that International Outgoing wires include the SWIFT BIC where applicable.
2. **International Routing Code (IRC):** Some countries throughout the international banking community have created international routing codes, which are used in combination with the SWIFT BIC to aid in routing the payment through a main office to a branch. Each country has a specific name for their routing code (i.e., Sort Code in the United Kingdom, Canadian Payments Association Routing Numbers in Canada). Your beneficiary must provide the international routing code to facilitate receipt of an international payment. Sending a wire without the IRC number can delay the wire, or the receiving bank may return the wire when this number is not included in the payment instructions, and additional fees may be assessed.

3. **International Bank Account Number (IBAN):** The IBAN varies by country/institution. Warning! Only the bank servicing an account can provide the correct IBAN of that account and must be obtained from the beneficiary. Sending a wire to a participating country without the IBAN can delay the wire, or the receiving bank may return the wire when the IBAN is not included in the payment instructions, and additional fees may be assessed.

Participating Countries that require an IBAN:

For participating IBAN countries and their requirements, please search for the "IBAN REGISTRY" at swift.com. Once located, search the Table of Contents for the appropriate country, and locate the country-specific requirements.

4. **Indian Financial System Code (IFSC):** Every Indian bank has a unique eleven (11) character alpha numeric code identifying the bank branch to receive the wire transfer. To ensure timely delivery, please be sure that international outgoing wires include the IFSC where applicable.
5. **Mexico CLABE Account Number:** Mexican banks may require an 18 digit CLABE account number be added to the Beneficiary instructions to ensure payment. The CLABE number may be required on Mexican Peso (MXN) and USD payments sent to Mexico. The CLABE account number must be obtained from the beneficiary. Wells Fargo does not provide or calculate the CLABE. Sending a wire without a CLABE account number can delay the wire, or the receiving bank may return the wire if the CLABE is not included in the payment instructions, and additional fees may be assessed.
6. **Wells Fargo recommends** that if you do not have a SWIFT BIC, IBAN, IRC, IFSC or Mexican CLABE number, that you contact the beneficiary of the wire. If the beneficiary does not have the needed information, please have the beneficiary contact their bank to obtain the appropriate information. Sending International wires without the required information can cause the wire to be delayed, returned, or assessed additional fees. For International outgoing wires only: When sending in foreign currency, please ensure the beneficiary's account accepts the designated foreign currency.