**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| MAUDE VALEMBRUN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:26-cv-01309-DLB |

* * * * * * * * * * * * *

**ORDER DISMISSING FIRST AMENDED**
**COMPLAINT AS TO DEFENDANT WELLS FARGO**

The Court having reviewed the Motion to Dismiss the First Amended Complaint ("Motion") by defendant Wells Fargo Bank, National Association ("Wells Fargo"), it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that pursuant to Fed. R. Civ. P. 12(b)(6), plaintiff Maude Valembrun's First Amended Complaint and Demand for Jury Trial (ECF No. 6) is dismissed with prejudice as to Wells Fargo for failure to state a claim.

IT IS SO ORDERED.

Dated: ______________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE