**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

Maude Valembrun,
    *Plaintiff*

v.

WELLS FARGO BANK, N.A., *et al.,*
    *Defendants*

Case No.: 8:26-cv-01309-DLB

---

**<u>CONSENT MOTION TO EXTEND TIME</u>**

Plaintiff, Maude Valembrun, by and through undersigned counsel, Shawn D. Bartley, Esq., and Shawn D. Bartley and Associates, LLC, and with the consent by Counsel for Defendant Wells Fargo, N.A., hereby files this Consent Motion to Extend Time to file Plaintiff's Opposition to Defendant Wells Fargo's Motion to Dismiss (ECF 8), and for Defendant Wells Fargo's Reply and for any other permissible papers by an equal amount of time, and states as follows:

1. This matter was originally filed in the Circuit Court for Montgomery County, Maryland on October 10, 2025, while the plaintiff was pro se.

2. After engaging counsel, Plaintiff filed an Amended Complaint on Marh 3, 2026.

3. Based on the Amended Complaint, on April 2, 2026, Defendant Wells Fargo filed a "Notice of Removal" and with the consent of Defendant Navy Federal Credit Union, removed the Circuit Court case to the instant matter in U.S. Federal District Court for the District of Maryland.

4. On April 9, 2026, Defendant Wells Fargo filed a Motion to Dismiss the First Amended Complaint, to which an Opposition will be due on April 23, 2026.

5.  Counsel for Defendant Wells Fargo, on April 22, 2026, via email, has consented to extending the date for filing Plaintiff's Opposition by 8 days, until on or before May 1, 2026, and both counsel consent to extending any subsequent filing dates related to Wells Fargo's Motion to Dismiss, for all parties, by an equal number of days.

6.  No parties will be prejudiced by the requested modification.

**WHEREFORE,** Plaintiff Maude Valembrun respectfully requests that this Honorable Court:

A.  GRANT the Consent Motion to Extend Time; and

B.  EXTEND the date upon which Plaintiff's Opposition to Defendant Wells Fargo's Motion to Dismiss is due by 8 days, until on or before May 1, 2026; and

C.  EXTEND the dates for any ensuing filings related to Defendant Wells Fargo's Motion to Dismiss by the same number (8) of days; and

D.  GRANT any further relief as deemed appropriate by this Court.

Respectfully submitted,

*/s/ Shawn D. Bartley, Esq.*
Shawn D. Bartley, Esq., CPF No. 0206190022
Shawn D. Bartley and Associates, LLC
8630 Fenton St., Suite 917
Silver Spring, MD 20910
Phone: 301-741-4124
Facsimile: 240-722-0100
Shawn@Bartley-Law.com
*Counsel for Plaintiff Maude Valembrun*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2026, a copy of the foregoing Entry of Appearance was delivered electronically via MDEC to:

**Matthew W, Fogleman, Esq.**
The Law Offices of Ronald S. Canter, LLC
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
mfogleman@roncanterllc.com
*Counsel for Defendant, Navy Federal Credit Union*

**Jessica H. Sadler, Esq.**
Ballard Spahr LLP
1909 K Street NW, 12th floor
Washington, DC 20006
sadlerjh@ballardspahr.com
*Counsel for Defendant, Wells Fargo Bank, National Association*

**John D. Sadler, Esq.**
Ballard Spahr LLP
1909 K Street NW, 12th floor
Washington, DC 20006
sadlerj@ballardspahr.com
*Counsel for Defendant, Wells Fargo Bank, National Association*

**Matthew D. Lamb, Esq.**
Ballard Spahr LLP
1909 K Street NW, 12th floor
Washington, DC 20006
lambm@ballardspahr.com
*Counsel for Defendant, Wells Fargo Bank, National Association*

*/s/ Shawn D. Bartley, Esq.*
Shawn D. Bartley, Esq., CPF No. 0206190022
Shawn D. Bartley and Associates, LLC
8630 Fenton Street, Suite 917
Silver Spring, Maryland 20910
301-741-4124
Shawn@Bartley-Law.com
*Counsel for Plaintiff, Maude Valembrun*